IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02415-MSK-KMT

KARMEN BERENTSEN,

    Plaintiff,

v.

TITAN TECHNOLOGY PARTNERS, LIMITED, and
MICHAEL VADINI, individually

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant TITAN Technology Partners, Limited's "Motion to Vacate Scheduling Order and Set New Scheduling Conference" (# 50, filed July 24, 2009) is GRANTED in part. The Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cutoff: | January 27, 2010 |
| Dispositive Motions Deadline: | March 1, 2010 |
| Expert Witness Disclosure: | November 12, 2009 |
| Rebuttal Expert Witness Disclosure: | December 14, 2009 |
| Deadline for service of written discovery: | December 24, 2009 |

Dated: August 10, 2009